JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HAMLET,<br><br>           Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Respondents. | Case No. CV 10-4274-CJC (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 27, 2010

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge